UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
FEB 2 5 2009
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Syracuse

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

v.

NORMAN J. STEFANIK,

Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Criminal No. 5:09-CR- 108 (DNH)

**INDICTMENT**

VIO:  Title 29, U.S.C. § 501(c)
(Felony)

## THE GRAND JURY CHARGES:

### COUNT 1

1. That, at all times material to this Indictment the Steel Workers International Local Union 1450, ("Local 1450") with an address of 484 Portage Street, Watertown, New York 13601, was a labor organization engaged in an industry affecting commerce, within the meaning of Sections 402(i) and 402(j) of Title 29, United States Code.

2. At all times material to this Indictment the defendant, **NORMAN J. STEFANIK**, was an officer, as that term is defined in Section 402(n) of Title 29, United States Code, that is, Treasurer of Local 1450.

3. From on or about February 25, 2004 through November 2007, in the Northern District of New York, **NORMAN J. STEFANIK** did embezzle, steal, and unlawfully and willfully abstract and convert to his own use the monies, funds, property, and other assets of

Local 1450, in the approximate amount of $25,808.29, in violation of Title 29, United States Code, Section 501(c).

Dated: February 25, 2009

A TRUE BILL,

_____
FOREPERSON

ANDREW T. BAXTER
ACTING UNITED STATES ATTORNEY
NORTHERN DISTRICT OF NEW YORK

By: _____
Richard R. Southwick
Assistant U.S. Attorney
Bar Roll #506265

2